IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chisholm, Reuben Leo

Printed: 1/8/08

Case Number: 05 B 47966
Judge: Wedoff, Eugene R
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 12, 2007
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,152.37 |  |
| Secured: |  | 626.65 |
| Unsecured: |  | 7,079.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 563.61 |
| Other Funds: |  | 1,182.12 |
| Totals: | 12,152.37 | 12,152.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 3. | Greenwich Finance LLC D/B/A | Secured | 3,419.66 | 626.65 |
| 4. | Corporate America Family CU | Unsecured | 750.00 | 1,500.00 |
| 5. | Premier Bankcard | Unsecured | 208.03 | 416.05 |
| 6. | Asset Acceptance | Unsecured | 985.36 | 1,970.71 |
| 7. | Check N Go | Unsecured | 496.75 | 993.50 |
| 8. | Clover Street Apartments | Unsecured | 1,099.87 | 2,199.73 |
| 9. | Dominicks | Unsecured |  | No Claim Filed |
| 10. | Check And Merchants | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Providian Financial | Unsecured |  | No Claim Filed |
| 13. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
| 16. | National Quick Cash | Unsecured |  | No Claim Filed |
| 17. | Village of Glen Ellyn | Unsecured |  | No Claim Filed |
| 18. | Grove Dental Associates | Unsecured |  | No Claim Filed |
| 19. | Radiologial Physician | Unsecured |  | No Claim Filed |
| 20. | The Cash Store Ltd | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,659.67 | $ 10,406.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 138.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chisholm, Reuben Leo

Printed: 1/8/08

Case Number: 05 B 47966
Judge: Wedoff, Eugene R
Filed: 10/11/05

|   |   |
|---|---|
| 5% | 39.48 |
| 4.8% | 225.37 |
| 5.4% | 160.44 |
|   | _____ |
|   | $ 563.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

